79

(No. 5708—)

JOHNSON OFFICE SUPPLY, INC., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed July 9, 1970.*

FRED CARMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 5711—)

ST. JOSEPH HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed July 9, 1970.*

ST. JOSEPH HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.